## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  JAMES LEE PRITCHARD AND
   MISTY BULLARD PRITCHARD              14-13269-JDW

## MOTION TO SUSPEND CHAPTER 13 PAYMENTS

COME NOW, the Debtors, James Lee Pritchard and Misty Bullard Pritchard, in the above and styled numbered cause of action, by and through their attorney and file this Motion requesting leave from the Court to suspend the monthly payments to the Trustee for October, November and December 2018 and do respectfully show the Court the following:

1. That the Debtor was injured at work and has been drawing temporary disability payments since the injury.  He received his last payment in September 2018.  He expects to begin permanent disability payments within the next thirty to forty-five days.  Because of this shortage in income, the Debtors move for a suspension of plan payments.

2. The current wage order is through Lafayette County Schools, the Co-Debtors employer.

3. Because of the temporary loss of income from Debtor until he begins to receive his monthly permanent disability income, Debtors request their monthly payment plan be suspended in October, November and December 2018.

4. That subsequently, their payment plan will be amended to cure the delinquency created by this suspension together with any delinquency which existed prior to the requested suspension period. Upon conclusion of the suspension, plan payments shall be withheld from Co-Debtor's employer, Lafayette County Schools at the address as it is being withheld now.

WHEREFORE, Debtor prays that the Court enter an Order suspending the plan payment for October, November and December 2018 and that the Trustee shall be given authority to amend the plan payment to cure the delinquency created by this suspension together with any delinquency which existed prior to the requested suspension period and plan payment shall be withheld from Co-Debtor's employer, Lafayette County Schools, at the address it is being withheld now.

THIS THE 11 day of October 2018.

Client: Pritchard
Case No.: 14-13269-JDW

_____
CYNTHIA C. WOODINGTON
Attorney for Debtor(s)
P. O. Box 903
Oxford MS 38655
662-801-7172; 662-234-5070
Fax: 662-234-5071
ccwoodington@hotmail.com

STATE OF MS
COUNTY OF LAFAYETTE

I, Cynthia C. Woodington, Attorney for the Debtor(s), do hereby affirm the information in this Motion is true and correct to the best of my knowledge.

SWORN TO AND SUBSCRIBED BEFORE ME on this 11 October 2018.

_____
CYNTHIA C. WOODINGTON

SWORN TO AND SUBSCRIBED BEFORE ME on this the 11 October 2018.

_____
Notary Public

My Commission Expires: _____

[Notary Seal: PAM M. MURPHREE, ID # 53861, Commission Expires Sept. 23, 2022, STATE OF MISSISSIPPI, LAFAYETTE COUNTY]

Pritchard
14-13269-JDW

## CERTIFICATE OF SERVICE

I, Cynthia C. Woodington, Attorney for the Debtor, do hereby certify that I have this day by electronic mail via ECF or United States first class, postage prepaid mail a copy of the Debtors's Motion to Suspend Chapter 13 Payments, to the following:

    U.S. Trustee's Office
    USTPRegion05.JA.ECF@usdoj.gov

    LOCKE D. BARKLEY
    Chapter 13 Trustee
    sbeasley@barkley13.com

    James and Misty Pritchard
    13 CR 1015
    Oxford MS 38655

THIS T~~HE~~ 22 October 2018.

_____
CYNTHIA C. WOODINGTON